United States District Court
of the Florida District

Willie J. Sturkey
Petitioner

Case Number:
8:22CV 2365 KKM-AAS
Writ of Mandamus

v

DSA Chambers # 252482
Deffer # 245367

Comes Now, Pro se Petitioner in accordance with 42 U.S.C. § 1983 and Florida Constitution Article 1, § 21, for redress Respondents (State Officials) denial and delaying the Petitioner adequate access to the courts. Respondents acting under colorable law and not consistent with §§ 2, 5, 8, and 21 and Supreme Court case law Strickland v Washington supra.

## Procedural History

On or about August 19, 2022 after being deprived of the right to access the to the tablet (West Law) or the law library the Petitioner elected to exercise a protected (grievance) conducted, but was met with retaliation there by the deputy returning the "Inmate Request # 80098 White and Yellow copy and no response or action taking. (See Exhibit Inmate Request # 80098 signed by 31578 on or about

page 1 of 1

LEGAL USE ONLY
BY INMATE BKG#

22 - 16722

Any other use will result
in disciplinary action

August 19, 2022, and left the Petitioner hopeless and confused, Respondent continue denying and delaying the Petitioner to adquatley access the courts since July 6, 2022. (See Exhibit B the DCM Order signed by Circuit Judge). Hillsborough Jail Handbook Rule via "kiosk" reads in part:

> Only Pro se inmate can request legal research materials and legal supplies from the law library and other inmates can access West Law on the tablet.

Petitioner, has been assigned to Administration (PC) Segregation since arriving at Hillsborough Jail on or about June 17, 2022 for safety concerns due to the "Blood" gang "Bounty Hunters" having a "hit" on his life, and to me being on administration segregation for non disciplinary reason Petitioner was deprived of the right with adequate use of the table and Law library to access the courts to commence a civil action (See Exhibit C Pro se Instructions) Respondents citing erronous and unconstitutional usage, practise. On or about September 11, 2022 the Petitioner filed a Order for Injunction against the subordinates (deputies) Sheriff Chronister in the State courts (See Petitions Objection and

page 1 of 2



LEGAL USE ONLY
BY INMATE BKG#

22 - 16722

Any other use will result
in disciplinary action

Order for Injunction)

## Law

Florida Constitution Article 1, Section 2 read in part:

> All natural persons female and male alike, are equal before the law and inalienable rights, which are the rights to enjoy and defend life and liberty. No person shall be deprived of any right because of race, religion, natural orgin or physical disability

Petitioner was discriminated against a person, "natural orgin" an inmate similar situated as other male or female a class of one equal before the law, but the Petitioner was treated different (unfairly) sans justification. Article 1, Section 5 reads

> The people shall have the right peaceably, to assemble, and to petition for redress of complaints

The State courts are "death" when pre trail detainee assert allegations unconstitutional

page 1 of 3

**LEGAL USE ONLY
BY INMATE BKG#**

**21 - 15949**

Any other use will result
in disciplinary action

thereby subordinate judicial (deputies) officials and defecting the integrity of the justice system. (See Exhibit D Petition Order For Injunction Against Sheriff Chad Chronister) A cansual connection with vague and evasive response. Article 1, § 21 reads

> The courts shall be open to every person for redress of any injury and justice shall be administered without sales, denial or delay

The Founding Fathers, wrote the Bill of Rights with all humanity in mind and the future generations in 1776, to prevent and eradicate perverted and unlawful acts within the judicial process.

## Conclusion

Therefore, the Petitioner has clearly and unarguably demonstrated that he was discriminated against. Respondents abrogated his rights directly or indirectly acting under the color of law and indoing so Pray this court impose an Order for Injunction against the Respondents and Compelled the Sheriff or responsible officials to revisit and revised the unconstitutional policies and pra-

page 1 of 1

**LEGAL USE ONLY
BY INMATE BKG#

21 - 15949**

Any other use will result
in disciplinary action

ctise of retalation against the Petition for exercising "protected conduct" he is entitled pursuant Florida Constitution Art. 1, § 9 Due Process

## Certificate of Service

I do certify that copies hereof have been furnished to DSA Chambers #252482, Deffer # 245367 and Clerk of Court, by mail in accordance with Houston v Lack this 6 day of October 2022.

cc: File

Prose W— St-ky

page 1 of 5

LEGAL USE ONLY
BY INMATE BKG#

21 - 15949

Any other use will result
in disciplinary action